**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 09-59-GW |
| | ) | |
| Plaintiff, | ) | **AMENDED** JUDGMENT REVOKING |
| | ) | AND REINSTATING SUPERVISED |
| v. | ) | RELEASE AND COMMITMENT ORDER |
| | ) | |
| COREY DAVID BROWN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On November 21, 2016 and January 12, 2017, attorney for the Government, Katherine A. Rykken, U.S. Probation Officer Amy Belland and the Defendant appeared in person with appointed counsel, Nadine C. Hettle, DFPD; and Defendant, after having been advised of the fourteen-count allegations contained in the Petition(s) on Probation and Supervised Release filed March 1, 2016 and November 4, 2016, admitted to the truthfulness of allegations six through fourteen.

Whereas, the Defendant has admitted that he violated the conditions of Supervised Release Orders imposed on **October 3, 2011**, the Court finds the defendant in violation of her Supervised Release order.

//

IT IS THE JUDGMENT OF THE COURT, that defendant's period of supervised released is revoked and Defendant is sentenced to the custody of the Bureau of Prisons, to be imprisoned for a term of five (5) months.

Following imprisonment, Defendant's supervised release is reinstated for twenty-four (24) months, under the same terms and conditions with the added conditions: (1) Defendant is referred to the Court's STAR Program for successful completion of the program; and (2) The Defendant shall submit to a search, at any time, with or without warrant, and by any law enforcement or probation officer, of the defendant's person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects upon reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the defendant, or by any probation officer in the lawful discharge of the officer's supervision functions.

The Government's request to dismiss allegations one through five is granted.

IT IS ORDERED that the Clerk deliver a copy of this judgment and Probation/Commitment Order to the U.S. Marshal and the U.S. Probation Office.

DATE: January 13, 2017  _____

GEORGE H. WU

UNITED STATES DISTRICT JUDGE

FILED:
KIRY K. GRAY,  CLERK

by Javier Gonzalez
    Deputy Clerk

2